IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 10-cv-00992-DME-CBS

JAMES ALLEN LOVELL, and
MONICA K. LOVELL,

     Plaintiffs,

v.

DAVID W. MILLER, M.D.,

     Defendant.

## **MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint as a Matter of Course *(doc. # 8)* is GRANTED. The Amended Complaint *(doc no. 8-1)* is accepted for filing as of the date of this order.

**DATED:**     July 23, 2010