**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-00992-DME-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: December 10, 2010** | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| JAMES ALLEN LOVELL, *et al.,* | Gerald P. McDermott |
| Plaintiffs, | |
| v. | |
| DAVID W. MILLER, | Kim Brian Childs |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in session:        9:47 a.m.**
Court calls case. Appearances of counsel.

Discussion and arguments regarding Plaintiffs' Motion for Stay of Proceedings, doc #[25], filed 10/22/2010.

**ORDERED:** Plaintiffs' Motion for Stay of Proceedings, doc #[25], is **DENIED WITHOUT PREJUDICE**. This case will proceed with the current deadlines. All expert depositions are **STAYED**. The parties shall submit an Addendum to the Scheduling Order on or before **DECEMBER 20, 2010.** A Telephonic Status Conference is set for Tuesday, **FEBRUARY 1, 2011 at 1:15 p.m.** *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

Discussion and arguments regarding Plaintiffs' Motion to Strike Defendant's Notice of Non-Party Fault, doc #[26], filed 10/22/2010. The court will defer a ruling.

HEARING CONCLUDED.

**Court in recess**:        **10:47 a.m.**
Total time in court:    01:00

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.