**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.:**   10-cv-00992-DME-CBS         FTR - Reporter Deck - Courtroom A402
**Date:   February 1, 2011**                                     **Courtroom Deputy:**  Linda Kahoe

JAMES ALLEN LOVELL, *et al.,*                            Gerald P. McDermott

    Plaintiffs,

    v.

DAVID W. MILLER,                                                  Kim Brian Childs

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        1:17 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the Addendum to Scheduling Order, doc #[38].

Discussion regarding settlement.  The Settlement Conference date will remain set for April 19, 2011.  The court suggests that Mr. Childs send a letter to Mr. McDermott, with a copy to the court, stating Dr. Miller's settlement position.

Discussion regarding Plaintiffs' Motion to Strike Defendant's Notice of Non-Party Fault, doc #[26], filed 10/22/2010.

**ORDERED**:   Plaintiffs' Motion to Strike Defendant's Notice of Non-Party Fault, doc #[26], is **DENIED WITHOUT PREJUDICE** to the Plaintiffs' rights to challenge the merits of the designation through a Motion under Rule 56.

Discussion regarding additional time to designate experts on the non-party at fault issue.

**ORDERED:**   A Telephonic Status Conference is set for **1:00 p.m. on Thursday, FEBRUARY 24, 2011** to discuss what additional discovery is necessary (either lay or expert) relative to the non-party at fault issue.  *(Counsel shall coordinate a conference call among themselves prior to contacting the court at 303.844.2117 at the scheduled time.)*

HEARING CONCLUDED.
**Court in recess:          1:41 p.m.**
Total time in court:     00:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.