IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 10-cv-00992-DME-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 8, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| JAMES ALLEN LOVELL, and<br>MONICA K. LOVELL, | Gerald McDermott |
| Plaintiffs, | |
| v. | |
| DAVID W. MILLER, M.D., | Kim Childs *(by telephone)* |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session: 2:31 p.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding the authenticity of two pages of documents; response to a subpoena; rescheduling a deposition; serving requests for admission; Plaintiffs' Motion to Allow the Deposition for Valley View Hospital Documents [Doc. No. 75]; and Plaintiffs' Supplement to Plaintiffs' Motion to Allow the Deposition for Valley View Hospital Documents (Documents 75, 75-1 and 75-2) [Doc. No. 88].

**ORDERED:** Plaintiffs' Motion to Allow the Deposition for Valley View Hospital Documents [Doc. No. 75] is GRANTED. The Court will allow Plaintiffs to take the deposition of Dr. Steinbrecher for the limited purpose of authenticating these two pages. This deposition shall be conducted on or before **January 6, 2012.** To the extent that Mr. Childs decides that he wants to fight about the authenticity of a two page document, he is free to do that. To the extent Mr. McDermott believes Mr. Childs' opposition to a deposition on the basis of authenticity is unnecessary, Mr. McDermott is free to file a motion to shift fees and costs. To the extent that counsel can work out the authenticity fight without the necessity of deposing Dr. Steinbrecher, they must do so before **December 19, 2011**, otherwise Dr. Steinbrecher's deposition must be

conducted on or before January 6, 2012.

HEARING CONCLUDED.

**Court in recess:**     **2:58 p.m.**
Total time in court:    00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.