# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00992-DME-CBS

JAMES ALLEN LOVELL and MONICA K. LOVELL,

      Plaintiffs,

v.

DAVID W. MILLER, M.D.,

      Defendant.

## ORDER

THIS MATTER is set for trial beginning Tuesday, September 4, 2012, through Monday, September 17, 2012.  The Court will not be available for trial on Friday, September 7, 2012.  Accordingly, the case will be in recess that day and the Court will schedule September 18, 2012, as an additional trial date if necessary.

Thus, the trial setting in this case will be from Tuesday, September 4, 2012, through Tuesday, September 18, 2012, with recess on Friday, September 7, 2012.

DATED:   July 18, 2012

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge