**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**SENIOR CIRCUIT JUDGE DAVID M. EBEL**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Terri Lindblom

Date: September 6, 2012
Time: 4 hour and 15 minutes

**CASE NO.  10-cv-00992-DME-CBS**

| Parties | Counsel |
|---|---|
| **JAMES ALLEN LOVELL, and MONICA LOVELL,** | Gerald McDermott Sean McDermott |
| Plaintiff (s), | |
| vs. | |
| **DAVID W. MILLER, M.D.,** | Kim Brian Childs Robert Harris |
| Defendant (s). | |

**TRIAL TO JURY - DAY THREE**

**9:00 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Plaintiffs James Allen Lovell and Monica Lovell and defendant David W. Miller, M.D. are present.

Court has received and will hear argument on Defendant's Motion for Judgment as a Matter of Law.

**9:03 a.m.**     Argument by Mr. Childs.

Page Two
10-cv-00992-DME-CBS
September 6. 2012

**9:11 a.m.**      Argument by Mr. G. McDermott.

**9:21 a.m.**      Rebuttal argument by Mr. Childs.

Defendant orally moves for Judgment as to the plaintiffs' lack of consortium claim, pursuant to Rule 58.

**9:27 a.m.**      Argument by Mr. G. McDermott.

**9:29 a.m.**      Argument by Mr. Childs.

**9:30 a.m.**      **COURT IN RECESS**

**9:57 a.m.**      **COURT IN SESSION**

**ORDERED:**   Defendant's Motion for Judgment as a Matter of Law and Defendant's Oral Motion for Judgment as to the plaintiffs' lack of consortium claim, pursuant to Rule 58 are **TAKEN UNDER ADVISEMENT.**

**10:00 a.m.**    Jurors are present.

             Cross examination of plaintiff Monica Lovell by Mr. Childs.

**10:23 a.m.**    Redirect examination by Mr. S. McDermott.

Plaintiff is excused.

**10:35 a.m.**    Direct examination of defendant David W. Miller, M.D. by Mr. G. McDermott.

Mr. G. McDermott moves to render the witness an expert in the field of in the fields of neurosurgery and discectomies.

No objection by Mr. Childs.

**ORDERED:**   Defendant David W. Miller, M.D. is rendered an expert and may opine on neurosurgery and discectomies.

**11:46 a.m.**   **COURT IN RECESS**

**1:09 a.m.**    **COURT IN SESSION**

Page Three
10-cv-00992-DME-CBS
September 6. 2012

**1:10 p.m.**     Cross examination by Mr. Childs.

**2:25 p.m.**     Redirect examination by Mr. G. McDermott.

Witness is excused.

**2:43 p.m.**     Jurors excused.

**2:44 p.m.**     Mr. Childs renews defendant's Motion for Judgment as a Matter of Law and argues in support.

**2:49 p.m.**     Argument by Mr. G. McDermott.

**2:52 p.m.**     Rebuttal argument by Mr. Childs.

**ORDERED:**  Defendant's Motion for Judgment as a Matter of Law is **TAKEN UNDER ADVISEMENT.**

**2:57 p.m.     COURT IN RECESS**

**3:38 p.m.     COURT IN SESSION**

Court states it findings and conclusions.

**ORDERED:**  Defendant's Motion for Judgment as a Matter of Law (Doc #114) is **GRANTED**.

**ORDERED:**  Written order shall issue.

**3:55 p.m.     COURT IN RECESS**

**Total in court time:          255 minutes**

**Hearing concluded**