IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00992-DME-CBS

JAMES ALLEN LOVELL and
MONICA K. LOVELL,

      Plaintiffs,

v.

DAVID W. MILLER, M.D.,

      Defendant.

---

**FINAL JUDGMENT**

---

      Pursuant to Fed. R. Civ. P 58(a) and in accordance with orders filed during the course of proceedings of this case, the following Final Judgment is hereby entered.

      Pursuant to the Order Granting Judgment as a Matter of Law by Senior Circuit Judge David M. Ebel, entered September 12, 2012 [118], it is

      ORDERED that defendant David W. Miller, M.D.'s oral Motion for Judgment as a Matter of Law is granted as to all of plaintiffs' claims.  It is

      FURTHER ORDERED that judgment is entered in favor of defendant David W. Miller, M.D. and against plaintiffs James Allen Lovell and Monica L. Lovell.  It is

      FURTHER ORDERED that defendant David W. Miller, M.D. shall have his costs by the filing of a Bill of Costs with the Clerk of this court within 14 days of entry of judgment.  It is

      FURTHER ORDERED that the Amended Complaint and this civil action are dismissed.

      Dated at Denver, Colorado this 14th day September, 2012.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
Edward P. Butler, Deputy Clerk